Louise B. KELLOGG, Movant, v. Dan WALKER and John Smith, d/b/a Madison Laundry & Dry Cleaning Company, opposed.

Court of Appeals of Kentucky.

October 14, 1949.

Shumate & Shumate for movant.

George T. Ross for opposed.

PER CURIAM.

Motion for an appeal from the Madison Circuit Court. Judgment for opposed.

Appeal denied. Judgment affirmed.

Martha HICKS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

October 25, 1949.

J. W. Jordan for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Knox Circuit Court. Judgment of conviction for selling liquor in local option territory and imposing fine of $100 and 30 days in jail.

Appeal denied. Judgment affirmed.

Mrs. James RITTER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

October 25, 1949.

H. K. Spear for movant.

A. E. Funk, Attorney General, opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.